MELISSA BARIS (*Pro Hac Forthcoming*)
melissa.baris@huschblackwell.com
ALAN KANDEL (*Pro Hac Forthcoming*)
alan.kandel@huschblackwell.com
HUSCH BLACKWELL LLP
8001 Forsvth Blvd.. Suite 1500
St. Louis. MO  63105
Telephone:  (314) 480-1500

KEVIN KHACHATRYAN (Bar No. 314410)
Kevin.Khachatryan@huschblackwell.com
HUSCH BLACKWELL LLP
355 S. Grand Avenue, Suite 2850
Los Angeles, California 90071
Telephone:  (213) 337.6550
Facsimile:   (213) 337.6551

Attorneys for Defendant,
ESOP COMMITTEE OF THE ALUMINUM
PRECISION PRODUCTS, INC. EMPLOYEE
STOCK OWNERSHIP PLAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO MORAN, AS THE REPRESENTATIVE OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF OF THE ALUMINUM PRECISION PRODUCTS, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Plaintiff,<br><br>v.<br><br>ESOP COMMITTEE OF THE ALUMINUM PRECISION PRODUCTS, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Defendant. | Case No:  2:22-cv-00642-MWF-ADS<br><br>**DEFENDANT ESOP COMMITTEE OF THE ALUMINUM PRECISION PRODUCTS, INC. EMPLOYEE STOCK OWNERSHIP PLAN'S NOTICE OF MOTION TO DISMISS THE COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>([PROPOSED] ORDER Lodged Concurrently Herewith)<br>Date:        August 26, 2024<br>Time:        10:00 a.m.<br>Courtroom: 5A<br>Judge:       Hon. Michael W. Fitzgerald<br><br>Filed:        March 26, 2024 |

HUSCH BLACKWELL LLP
355 SOUTH GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071-5704
(213) 337-6550

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 26, 2024 at 10:00 a.m., before the Honorable Michael W. Fitzgerald, in Courtroom 5A, First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012, Defendant ESOP Committee of the Aluminum Precision Products, Inc. Employee Stock Ownership Plan ("Defendant" or "Committee"), will move this Court to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6).

In Count I, Plaintiff fails to allege facts sufficient to give rise to a plausible claim that the Committee breached any fiduciary duty under the Employee Retirement Income Security Act of 1974, 29 U.S.C. 1001 et seq. ("ERISA"). Plaintiff has not alleged any facts making it plausible that the Committee breached a duty of prudence by investing the Employee Stock Ownership Plan (the "Plan") funds that were not invested in Employer Securities in lower risk, liquid investments; Plaintiff has not offered any "meaningful benchmark"; Plaintiff does not plead any facts giving rise to an inference that the Committee did not follow a prudent process to reach its investment decisions; and Plaintiff does not allege facts that would plausibly show that the Committee acted with the intent to benefit the Company. Plaintiff's allegations are insufficient to state a plausible claim for breach of fiduciary duty.

Plaintiff's Count II, which alleges that the Committee engaged in a prohibited transaction under ERISA, 29 U.S.C. § 1106(a), is based on unreasonable inferences and a misreading of the ERISA regulation. There is no "transaction" at issue in support of this claim. Furthermore, Plaintiff does not allege any facts that would give rise to a plausible inference that the Committee's purchase of Employer Securities was for the benefit of the Company or to the detriment of the Plan participants. To the contrary, the Company funded these transactions, and Plan participants benefit by keeping the Employer Securities in the Plan.

This motion is made following the Defendant's telephonic conference of counsel with Plaintiff pursuant to L.R. 7-3, which took place May 16, 2024.

HUSCH BLACKWELL LLP
355 SOUTH GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071-5704
(213) 337-6550

2

Complying with L.R. 7-3, Defendant identified its intent to file this motion and discussed the grounds for this motion. While the parties did not reach an agreement regarding the Motion, Plaintiff agreed to not oppose Defendant's request for judicial notice in support of the Motion.

This motion is based on this Notice of Motion and Motion, the attached Memorandum in Support, the unopposed Request for Judicial Notice, and all of the pleadings, papers, and records on file herein as well as upon such oral argument of counsel as may be presented at the hearing of this matter.

Dated: May 24, 2024                Respectfully submitted,

HUSCH BLACKWELL LLP

By: _____
     KEVIN KHACHATRYAN
     MELISSA BARIS
     ALAN KANDEL

Attorneys for ESOP Committee of the Aluminum Precision Products, Inc. Employee Stock Ownership Plan

DEFENDANT ESOP COMMITTEE OF THE ALUMINUM PRECISION PRODUCTS, INC. EMPLOYEE STOCK OWNERSHIP PLAN'S NOTICE OF MOTION TO DISMISS THE COMPLAINT

**Proof Of Service**

Gustavo Moran, as the Representative of a Class of Similarly Situated Persons, and on behalf of the Aluminum Precision Products, Inc. Employee Stock Ownership Plan v. ESOP Committee of the Aluminum Precision Products, Inc. Employee Stock Ownership Plan

USDC CENTRAL District of California Case No. 2:22-cv-00642-MWF-ADS

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Maricopa, State of Arizona. My business address is 2415 E. Camelback Road, Suite 500, Phoenix, Arizona 85016.

On May 24, 2024, I served true copies of the following document(s) described **ESOP COMMITTEE OF THE ALUMINUM PRECISION PRODUCTS, INC. EMPLOYEE STOCK OWNERSHIP PLAN'S NOTICE OF MOTION TO DISMISS THE COMPLAINT** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 24, 2024, at Phoenix, Arizona.

*/s/ Lisa Mocek*

LISA MOCEK

4

DEFENDANT ESOP COMMITTEE OF THE ALUMINUM PRECISION PRODUCTS, INC. EMPLOYEE STOCK OWNERSHIP PLAN'S NOTICE OF MOTION TO DISMISS THE COMPLAINT