UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:24-cv-00642 MWF (ADSx)   Date: March 24, 2025

Title: *Gustavo Moran v. ESOP Committee of the Aluminum Precision Products, Inc. Employee Stock Ownership Plan*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):   Attorney(s) Present for Respondent(s):
None Present                              None Present

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE LOCAL RULE 37 JOINT STIPULATION

On February 6, 2025, the Court granted an extension of time to file a Local Rule 37 Joint Stipulation. (Dkt. No. 52.) The Court ordered the parties to file the Joint Stipulation in accordance with Local Rule 37-3. Accordingly, the parties were required to file the Joint Stipulation with the Court by March 19, 2025. The parties have not filed the Joint Stipulation.

By no later than **March 26, 2025**, the parties are ordered to show cause in writing why they have failed to file the Joint Stipulation. The parties may respond to this Order by filing the Joint Stipulation. No supplemental briefing will be considered.

**IT IS SO ORDERED.**

Initials of Clerk kh