# EXHIBIT G

# THE AMERICAN LAWYER



Credit: Nuthawut/Adobe Stock

NEWS

# Where Are Big Law Billing Rates Growing the Fastest?

Some lawyers have seen a rate increase above 20%. Overall, lawyers in financial services and health care, and in markets such as Dallas and Houston,

Case 8:24-cv-00642-MWF-ADS   Document 62-7   Filed 05/09/25   Page 3 of 5   Page ID
#:686

all saw notable rate hikes.

January 24, 2024 at 03:52 PM

🕐 4 minute read

Lawyer Rates and Arrangements

 **By Andrew Maloney**
Editorial

---

**A**verage billing rate increases were high last year, perhaps historically so, and some industry observers already expect a similar 2024. But a new report this week illustrates the variation beneath some of the rate averages.

**N**early a third of timekeepers saw no change in what they billed in 2023, according to analysts who published the Real Rate Report—an analysis of legal invoices sourced directly from corporations' and firms' e-billing software. Meanwhile, close to 10% of timekeepers saw their rates increase by 20% or more.

**A**dditionally, industries like consumer and financial services and health care saw some of the highest rate increases. Markets such as Dallas and Houston also saw notable, above-average billing rate increases.

**T**he report, from Wolters Kluwer ELM Solutions, found that the mean going rate for partners across the industry grew from $768 in 2022 to $784 per hour in 2023. For associates, it grew from $561 to $570. That suggests the continuation of a trend of rates pressing up across timekeeper roles, Wolters Kluwer said, though there are some caveats.

**T**he publication itself doesn't break down rate increases by law firm segment. But Jeffrey Solomon, vice president and general manager for LegalVIEW BillAnalyzer at Wolters Kluwer ELM Solutions, said Am Law 100 firms saw an average rate increase of around 5% from 2022 to 2023.

Case 8:24-cv-00642-MWF-ADS    Document 62-7    Filed 05/09/25    Page 4 of 5    Page ID
#:687

That's less than some other industry aggregates. For instance, Thomson Reuters found that worked (agreed-upon) rates increased more than 7.5% for Am Law 100 firms in 2023. Wells Fargo also found standard, or "rack," rates across the industry increased by 7.7%.

For the Wolters Kluwer report, differences in timekeeper samples make year-to-year analysis challenging. And because billing rates are a lagging indicator, Solomon added in an email, the reporting period for the Real Rate Report only goes through midyear.

Still, he said, Wolters Kluwer believes in the trendline.

"Our focus remains on actual billed rates across our contributor customer base, overstated standard rates. With billions of dollars per year of actual invoices being included here, this is inclusive of rates being charged to law departments with robust rate management programs, along with those that are less rigid in their rate negotiation practices, and we're confident in the trends we identified," Solomon said.

"While we've seen larger (> 8%) increases in many areas—by region, practice area, or firm size—there were enough areas that remained flat to bring the overall increase percentage down," he added.

Solomon said the 5% increase was in line with what was "expected" and that based on economic factors, as well the fact some rates are still coming out of a freeze after COVID, "we wouldn't be surprised" to see rates continue to tick up in 2024.

He pointed to industries such as consumer and financial services as registering notable rate increases. Specifically, litigation associates in financial services (excluding insurance), for instance, saw their average going rate increase from about $460 per hour to about $515 per hour, an increase of about 11%, as of mid-2023, relative to mid-2022.

Looking at other industries, non-litigation associates in industrials saw an increase of 10%, from about $562 per hour to about $624 per hour,

during that same time span. Non-litigation partners in basic (raw) materials (about $846 to $923) and non-litigation associates in health care ($488 to $530) saw roughly 8% jumps.

The report also tracked billing rates by city.

"We also saw above-average rate increases at the city level—this year, Dallas and Houston in particular." The going rate for partners in Dallas increased from $674 per hour in 2022 to $770, a roughly 14% jump; for associates, it increased from $517 per hour to $564 (9%).

In Houston, associates saw a roughly 10% increase, with mean going rates increasing from about $477 per hour to about $525.

New York, on the other hand, saw only slight increases from mid-2022 to mid-2023. Partners saw their mean going rate increase from $1,098 to $1,114 per hour (roughly 1.5%); for associates, the increase was $745 to $754 (about 1.2%).

In Los Angeles, the rates actually fell slightly, from $896 per hour for partners to $890 (less than 1%) and $680 to $666 for associates (about 2%).

In Chicago, rates grew for partners from $889 to $925 (about 4%) and for associates from $584 to $647 (about 11%).

---

**NOT FOR REPRINT**

© 2025 ALM Global, LLC, All Rights Reserved. Request academic re-use from www.copyright.com. All other uses, submit a request to asset-and-logo-licensing@alm.com. For more information visit Asset & Logo Licensing.

---

## You Might Like