UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:24-cv-00642 MWF (ADSx)          Date: July 17, 2025

Title: *Gustavo Moran v. ESOP Committee of the Aluminum Precision Products, Inc. Employee Stock Ownership Plan*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS**

On June 2, 2025, the Court ordered Defendant to pay a fee award of $18,023.67 to Plaintiff, through his counsel, by no later than July 2, 2025. (Dkt. No. 64.) The Court also ordered Defendant to file a notice of compliance within seven days of remitting payment. (Id.) Defendant has not filed a notice of compliance, and the deadline to do so has passed.

Defendant is ORDERED TO SHOW CAUSE why sanctions should not be imposed for failure to follow court orders. Defendant must file a response to this Order to Show Cause by no later than July 24, 2025. Filing of a notice of compliance will discharge this Order to Show Cause.

**IT IS SO ORDERED.**

Initials of Clerk kh