Theodore M. Becker (*pro hac vice*)
tbecker@mwe.com
McDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000

Julian L. Andre (SBN 251120)
jandre@mwe.com
Brennen J.W. Sharp (SBN 353363)
bsharp-polos@mwe.com
McDERMOTT WILL & SCHULTE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 277-4110

Benjamin Lewson (*pro hac vice forthcoming*)
benjamin.lewson@srz.com
McDERMOTT WILL & SCHULTE LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2119

*Counsel for Defendant ESOP Committee of the Aluminum Precision Products, Inc., Employee Stock Ownership Plan*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MORAN, as the representative of a class of similarly situated persons, and on behalf of the Aluminum Precision Products, Inc., Employee Stock Ownership Plan,<br><br>Plaintiff,<br><br>v.<br><br>ESOP COMMITTEE OF THE ALUMINUM PRECISION PRODUCTS, INC., EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Defendant. | Case No.  8:24-cv-00642-MWF-ADS<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Gustavo Moran and Defendant ESOP Committee of the Aluminum Precision Products, Inc., Employee Stock Ownership, Plan, by and through their undersigned counsel of record, hereby notify the Court that the parties have reached an agreement in principle on a settlement in this class action. The parties are working to finalize the written settlement agreement. Once the written settlement agreement is finalized, Plaintiff's counsel will be filing a motion for preliminary approval of the class action settlement as required under Rule 23 of the Federal Rules of Civil Procedure. The parties expect that Plaintiff's motion for preliminary approval will be filed within the next 60 days. Pending the filing and resolution of the motion for preliminary approval, the parties intend to hold all remaining discovery in abeyance to preserve the parties' time and resources. Should the Court require any further information regarding the pending settlement or Plaintiff's forthcoming motion for preliminary approval of the settlement, the parties will promptly submit the requested information to the Court.

Respectfully submitted,

DATED: February 13, 2026

**MCDERMOTT WILL & SCHULTE LLP**

By: /s/ Julian L. André
JULIAN L. ANDRÉ

*Attorneys for Defendant ESOP Committee of the Aluminum Precision Products, Inc. Employee Stock Ownership Plan*

DATED: February 13, 2026

**ENGSTROM LEE LLC**

By: /s/ Mark Thomson
MARK THOMSON

*Attorneys for Plaintiff Gustavo Moran*

**Local Rule 5-4.3.4 Certification**

I, Julian L. André, hereby certify that all other signatories listed herein, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

         */s/ Julian L. André*