UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24–cv–00642–MWF–ADS | Date | February 20, 2026 |
| Title | GUSTAVO MORAN V. ESOP COMMITTEE OF THE ALUMINUM PRECISION PRODUCTS, INC. EMPLOYEE STOCK OWNERSHIP PLAN | | |

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez
Courtroom Deputy

Not Reported;
Court Reporter

Attorney(s) Present for Plaintiff(s):
None Present

Attorney(s) Present for Defendant(s):
None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 2/13/26, the Court sets a hearing on Order To Show Cause Re Dismissal for April 27, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: _rs_