Mark E. Thomson, MN Bar No. 0398260
mthomson@engstromlee.com
Jennifer K. Lee, MN Bar No. 399012*
jlee@engstromlee.com
ENGSTROM LEE LLC
323 N Washington Ave., Suite 200
Minneapolis, MN 55401
T. (612) 305-8349; F. (612) 677-3050

Paul B. Derby
pderby@skiermontderby.com
SKIERMONT DERBY LLP
633 West Fifth Street, Suite 5800
Los Angeles, CA 90071
T. (213) 788-4501; F. (213) 788-4545

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| Gustavo Moran, as the representative of a class of similarly situated persons, and on behalf of the Aluminum Precision Products, Inc. Employee Stock Ownership Plan, <br><br> Plaintiff, <br><br> v. <br><br> ESOP Committee of the Aluminum Precision Products, Inc. Employee Stock Ownership Plan, <br><br> Defendant. | Case No. 8:24-cv-00642-MWF-ADS <br><br> **PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: April 27, 2026 <br> Time: 11:30AM <br> Courtroom: 5A <br> Judge: Hon. Michael W. Fitzgerald <br> Pretrial Conference: Dec. 21, 2026 <br> Trial: January 12, 2027 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 27, 2026, at 11:30 a.m., before the Honorable Michael W. Fitzgerald in Courtroom 5A of the above-entitled Court, located at 350 W First Street, Los Angeles, CA 90012, Plaintiff Gustavo Moran ("Plaintiff"), individually and on behalf of the proposed Settlement Class, hereby respectfully move for an order (1) preliminarily approving a class action settlement agreement between Plaintiff and the ESOP Committee of the Aluminum Precision Products, Inc. Employee Stock Ownership Plan ("Defendant" and together with Plaintiff, "Parties"); (2) approving Settlement Notice and authorizing its distribution to the Settlement Class; (3) certifying, on a preliminary basis, the proposed Settlement Class; (4) setting a date for a Final Fairness Hearing; and (5) granting other relief as set forth in the proposed Preliminary Approval Order.

This motion is made based on this Motion, the accompanying Memorandum in Support, Declaration of Mark E. Thomson and the accompanying exhibits (which includes the Settlement Agreement), Declaration of Paul B. Derby, Declaration of Gustavo Moran, and all other papers, pleadings, documents, arguments of counsel, and materials presented before or during the hearing on this motion, or any other evidence or argument the Court may consider.

Dated: April 14, 2026

**ENGSTROM LEE LLC**

/s/ *Mark E. Thomson*

Mark E. Thomson, MN Bar No. 0398260
mthomson@engstromlee.com
Jennifer K. Lee, MN Bar No. 399012*
jlee@engstromlee.com
ENGSTROM LEE LLC
323 N Washington Ave., Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
Facsimile: (612) 677-3050

-1-

**SKIERMONT DERBY LLP**
Paul B. Derby
pderby@skiermontderby.com
633 West Fifth Street, Suite 5800
Los Angeles, CA 90071
Telephone: (213) 788-4501
Facsimile: (213) 788-4545

*admitted pro hac vice*

*Counsel for Plaintiff*

-2-